Mutual Realty, Inc., appellant, v. Gus Gagidis, appellee.   Gen. No. 40,224.

Opinion filed December 21, 1938.

Maurice H. Kamm, for appellant.   D. Parry, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Gustav Schumann, appellee, v. Benjamin Bosley et al., defendants. Karen E. Walsh, appellant.   Gen. No. 39,770.

Opinion filed December 21, 1938.

Victor G. Nardi, for appellant.   Thomas M. Poynton, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Leo M. Tarpey et al., plaintiffs in error.   Gen. No. 40,007.

Opinion filed December 21, 1938.

Warner W. Schroeder and George M. Crane, for certain plaintiff in error.   Harold L. Levy, for certain other plaintiffs in error.   Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and James A. Brown, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.